**Neil Tafarrio WILLOUGHBY,**
**Plaintiff–Appellant,**

v.

**Herb L. JACKSON; Michael S. Hamden; Lynn Rupp; Lisa Chun,**
**Defendants–Appellees.**

**No. 06–6754.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Oct. 2, 2006.

Neil Tafarrio Willoughby, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Neil Tafarrio Willoughby appeals the district court's order dismissing his civil action under 42 U.S.C. § 1983 (2000) as frivolous under 28 U.S.C. §·1915(e) (2000). We have reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Willoughby v. Jackson,* No. 5:06–ct–03031–BO (E.D.N.C. filed Apr. 11, 2006 & entered Apr. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED.*